

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 29, 1970

Honorable W. O. Williams                Opinion No. M-764
County Auditor
Grayson County                          Re:  Maximum compensation of
Sherman, Texas    75090                      deputy sheriffs and re-
                                             lated questions.

Dear Mr. Williams:

        Your request for an opinion asks the following
questions:

        "(1)  What is the maximum salary allowed
by law for a chief deputy in the sheriff's
department?

        "(2)  What is the maximum salary allowed
by law for all other deputies?

        "(3)  What is the number of deputies al-
lowed by law for the sheriff's department?

        "(4)  How many chief deputies may the
sheriff employ?

        "(5)  What is the maximum salary allowed
by law for assistant county attorneys?

        "(6)  What is the maximum salary allowed
by law to the county attorney's secretary?"

        In compliance with our opinion request procedure you
first obtained the advice of the county attorney's office on
these questions.

        In answer to questions one, two and five, the compensa-
tion of deputy sheriffs and assistant county attorneys is governed
by the provisions of Articles 3902, 3912g, 3902f-1, 3902f-4 and
3902j, Vernon's Civil Statutes.  The base compensation of the

chief deputy sheriff and the first assistant county attorney is fixed by Subdivision (4) of Article 3902 at $2,400 per annum and other deputies and assistants at $2,100 per annum.  In addition to the base compensation such deputies and assistants are authorized to receive a 25% increase under the provisions of Subdivision (9), Article 3902, a 25% increase under the provisions of Article 3912g, a 35% increase under the provisions of Article 3902f-1, a 35% increase under the provisions of Article 3902f-4 and a 35% increase under the provisions of Article 3902j, making the maximum compensation of the chief deputy sheriff of Grayson County and the first assistant county attorney $9,226.41, and the maximum compensation of other deputies and assistants $8,073.11, computed as follows:

Chief Deputy and First Assistant County Attorney - $9,226.41
($2,400.00 + $600.00 + $750.00 + $1,312.50 + $1,771.88 + $2,392.03)
Other Deputies and Assistants - $8,073.11
($2,100.00 + $525.00 + $656.25 + $1,148.44 + $1,550.39 + $2,093.03)

In answer to your fourth question, the sheriff may employ only one chief deputy.  Article 3902, Vernon's Civil Statutes.

Article 3902, Vernon's Civil Statutes, provides that the number of deputies, clerks or assistants of any district, county or precinct officer shall be the number as in the discretion of the commissioners court the court may deem proper.

In answer to your third question, you are advised that the commissioners court is the agency that determines the number of deputies allowed the sheriff's department, and it is solely within the discretion of the commissioners court to determine the number of deputies.

In answer to your sixth question, the secretary to the county attorney may receive the same compensation as other deputies, clerks and assistants.  Attorney General's Opinions O-1874 (1940) and V-38 (1947).

## S U M M A R Y

It is within the sole discretion of the commissioners court to determine the number of deputies allowed district, county and precinct officers. The maximum compensation allowed by law to the chief deputy and first assistant county attorney is $9,226.41, and the maximum compensation of other deputies and assistants is $8,073.11.

Articles 3902, 3912g, 3902f-1, 3902f-4 and 3902j, Vernon's Civil Statutes.

The sheriff is allowed only one chief deputy. The secretary to the county attorney may receive the same compensation allowed deputies, clerks and assistants.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Sam Jones
Glenn Brown
Jerry Roberts
Gordon Cass

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant